FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 2 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC ANAYA,<br>JULIA OROS, *a/k/a Gonzalez,*<br>CASEY LAMOTTE,<br>CURTIS MURRAY, SR.,<br>BRANDON SMITH,<br>BOBBY HAMPTON,<br>PEDRO LUCERO,<br>FAY GORDON,<br>YVONNE ANAYA,<br>ROBERT VALDEZ,<br>RICHARD ARCHULETA,<br>ERNESTO FELIX, *a/k/a Nestor Garcia-Cruz,* and<br>WESLEY CONTRERAS,<br><br>Defendants. | CRIMINAL NO. 14-455 WJ<br><br>Count 1: 21 U.S.C. § 846: Conspiracy;<br><br>Counts 2-3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of a Mixture and Substance Containing Methamphetamine;<br><br>Count 4: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Counts 5-6: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine;<br><br>Counts 7-15: 21 U.S.C. § 843(b): Use of a Telephone to Facilitate a Drug Trafficking Offense. |

INDICTMENT

The Grand Jury charges:

Count 1

Between on or about May 28, 2013, and continuing to on or about September 25, 2013, in San Juan County, in the District of New Mexico, and elsewhere, the defendants, **ISAAC ANAYA, JULIA OROS,** *a/k/a Gonzalez,* **CASEY LAMOTTE, CURTIS MURRAY, SR., BRANDON SMITH, BOBBY HAMPTON, PEDRO LUCERO, FAY GORDON, YVONNE ANAYA, ROBERT VALDEZ, RICHARD ARCHULETA, ERNESTO FELIX,** *a/k/a Nestor*

1

*Garcia-Cruz,* **and WESLEY CONTRERAS,** unlawfully, knowingly, and intentionally conspired and agreed with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense against the United States, specifically, distribution of a controlled substance, a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

### Count 2

On or about May 28, 2013, in San Juan County, in District of New Mexico, the defendant, **ISAAC ANAYA,** unlawfully, knowingly, and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 3

On or about June 11, 2013, in San Juan County, in District of New Mexico, the defendant, **ISAAC ANAYA,** unlawfully, knowingly, and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 4

On or about July 31, 2013, in San Juan County, in District of New Mexico, the defendants, **WESLEY CONTRERAS and ERNESTO FELIX,** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

<u>Count 5</u>

On or about August 6, 2013, in San Juan County, in District of New Mexico, the defendant, **PEDRO LUCERO,** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Count 6</u>

On or about August 31, 2013, in San Juan County, in District of New Mexico, the defendant, **BRANDON SMITH,** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Counts 7 through 15</u>

For each of Counts 7 through 15, on or about the date specified for each count, in the District of New Mexico, and elsewhere, the defendants named in each count did unlawfully, knowingly, and intentionally use a communication facility, that is a telephone, in facilitating the conspiracy charged in Count 1 of this indictment, which is incorporated herein by reference:

| Count | Date | Call # | Line | Defendants |
|---|---|---|---|---|
| 7 | 6/14/2013 | 97 | (505) 592-9555 | **JULIA OROS and ISAAC ANAYA** |
| 8 | 8/29/2013 | 2376 | (505) 402-9507 | **ISAAC ANAYA and CURTIS MURRY, SR.** |
| 9 | 6/26/2013 | 2190 | (505) 592-9555 | **ISAAC ANAYA and BOBBY HAMPTON** |
| 10 | 7/18/2013 | 911 | (480) 570-2025 | **JULIA OROS and PEDRO LUCERO** |

| | | | | |
|---|---|---|---|---|
| 11 | 7/27/2013 | 1501 | (505) 402-9507 | **ISAAC ANAYA and FAY GORDON** |
| 12 | 8/4/2013 | 1849 | (505) 402-9507 | **ISAAC ANAYA and CASEY LAMOTTE** |
| 13 | 8/5/2013 | 11016 | (505) 200-1502 | **ISAAC ANAYA and BRANDON SMITH** |
| 14 | 8/29/2013 | 1813 | (505) 801-5970 | **RICHARD ARCHULETA and ROBERT VALDEZ** |
| 15 | 9/3/2013 | 3051 | (505) 402-9507 | **ISAAC ANAYA and YVONNE ANAYA** |

Each in violation of 21 U.S.C. § 843(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

JT   02/11/14   4:52PM