FILED
At Albuquerque NM

FEB 26 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 14-455 (WJ) |
| | ) |
| **ISAAC ANAYA, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER having come before the Court upon the United States' Motion to Unseal the Case and Indictment in this matter;

The Court having reviewed said Motion and being otherwise fully advised, finds that the Motion is well taken and should be Granted;

IT IS THEREFORE ORDERED, that the Case and Indictment in the above-captioned matter shall be and is unsealed.

_____
KAREN B. MOLZEN
Chief United States Magistrate Judge

1